F. EDNA SHAROT, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Sharot* v. *City of New York*, 177 App. Div. 869, affirmed.

(Argued May 1, 1919; decided May 20, 1919.)

APPEAL from a judgment entered May 25, 1917, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.  The complaint alleged that on the night of May 6, 1914, plaintiff was lawfully riding on a tandem motorcycle along the highway, in an easterly direction, on the right-hand or southerly side of the Pelham parkway, east of the bridge over the New Haven road and that the motorcycle was overturned by reason of the unsafe and dangerous condition of the highway, causing the injuries complained of. By its answer the defendant put in issue the material allegations of the complaint.

*Frederic C. Scofield* and *Frederick W. Bisgood* for appellant.

*William P. Burr,* Corporation Counsel (*Terence. Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN, CRANE and ANDREWS, JJ.